The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LANDMARK TECHNOLOGY, LLC,

                Plaintiff,

v.

TOTALLY CHOCOLATE, LLC,

                Defendant.

Case No. 2:17-cv-01396-TSZ

**ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINE**

JURY DEMAND

THIS MATTER is before the Court on the Parties' Stipulation and Joint Motion to Extend Deadline, docket no. 10. Upon review of the record and the Motion, IT IS HEREBY ORDERED that the Stipulation and Joint Motion to Extend Deadline is GRANTED.

Defendant Totally Chocolate, LLC has up to and until November 27, 2017 to file their Answer to the Complaint.

IT IS SO ORDERED.

Dated this 13th day of October, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINE - 1
Case No. 2:17-cv-01396-TSZ

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

Presented by:

By: */s/ Benjamin Hodges*
Benjamin Hodges, WSBA No. 49301
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com

*Attorney for Defendant,*
*Totally Chocolate, LLC*

By: */s/ John A Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Plaintiff*
*Landmark Technology, LLC*

ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINE - 2
Case No. 2:17-cv-01396-TSZ

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700