# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LANDMARK TECHNOLOGY, LLC,

Plaintiff,

v.

TOTALLY CHOCOLATE, INC.,

Defendant.

C17-1396 TSZ

ORDER

The parties having advised the Court that this matter has been resolved, *see* Stipulation (docket no. 12), and plaintiff's counsel having telephonically confirmed that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The parties' joint motion to extend deadlines, docket no. 12, is STRICKEN as moot.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **45** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 5th day of December, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 1